EMIL HAENSCHEN, as Administrator of the Estate of EMIL HAENSCHEN, Deceased, Respondent, *v.* ROEBLING CONSTRUCTION COMPANY, Appellant, Impleaded with Others.

*Haenschen* v. *Allison Realty Co.*, 124 App. Div. 920, affirmed.
(Argued December 9, 1908; decided January 12, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have occurred through the maintenance of a dangerous nuisance by the defendants.

*Gilbert E. Roe* and *James J. Mahoney* for appellant.

*Moses L. Malevinsky, Frank A. Acer* and *Frank F. Davis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.